Israel David
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
One New York Plaza
New York, New York 10004
(212) 859-8000
israel.david@friedfrank.com

*Attorney for Defendants*
*G. Kennedy Thompson, Ruth G. Shaw, Peter C. Browning, Robert A. Ingram, Mackey J. McDonald, Timothy D. Proctor, John D. Baker, II, John T. Casteen, III, Jerome A. Gitt, William H. Goodwin, Jr., Maryellen C. Herringer, Donald M. James, Joseph Neubauer, Ernest S. Rady, Van L. Richey, Lanty L. Smith, Dona Davis Young, and nominal defendant Wachovia Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

| | | |
|---|---|---|
| ESTATE OF JOSEPH ROMAIN, | : | 08-CV-6981 |
| | : | |
| Plaintiff, | : | **ECF CASE** |
| | : | |
| v. | : | **NOTICE OF APPEARANCE** |
| | : | |
| G. KENNEDY THOMPSON, RUTH G. SHAW, PETER C. BROWNING, ROBERT A. INGRAM, MACKEY J. MCDONALD, TIMOTHY D. PROCTOR, JOHN D. BAKER II, JOHN T. CASTEEN III, JEROME A. GITT, WILLIAM H. GOODWIN JR., MARYELLEN C. HERRINGER, DONALD M. JAMES, JOSEPH NEUBAUER, ERNEST S. RADY, VAN L. RICHEY, LANTY L. SMITH and DONA DAVIS YOUNG, | : | |
| Defendants, | : | |
| - and - | : | |
| WACHOVIA CORPORATION, a North Carolina Corporation, | : | |
| Nominal Defendant. | : | |

-------------------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned attorney hereby appears for defendants G. Kennedy Thompson, Ruth G. Shaw, Peter C. Browning, Robert A. Ingram, Mackey J. McDonald, Timothy D. Proctor, John D. Baker II, John T. Casteen III, Jerome A. Gitt, William H. Goodwin, Jr., Maryellen C. Herringer, Donald M. James, Joseph Neubauer, Ernest S. Rady, Van L. Richey, Lanty L. Smith, Dona Davis Young, and nominal defendant Wachovia Corporation and should be served with copies of all papers in this action.

Dated: New York, New York
      August 11, 2008

    Respectfully submitted,

    FRIED, FRANK, HARRIS, SHRIVER
     & JACOBSON LLP

    By: /s Israel David
        Israel David

    One New York Plaza
    New York, New York  10004-1980
    (212) 859-8000
    israel.david@friedfrank.com

    Attorney for Defendants
    G. Kennedy Thompson, Ruth G. Shaw, Peter C. Browning, Robert A. Ingram, Mackey J. McDonald, Timothy D. Proctor, John D. Baker, II, John T. Casteen, III, Jerome A. Gitt, William H. Goodwin, Jr., Maryellen C. Herringer, Donald M. James, Joseph Neubauer, Ernest S. Rady, Van L. Richey, Lanty L. Smith, Dona Davis Young, and nominal defendant Wachovia Corporation