UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
| | |
|---|---|
| ESTATE OF JOSEPH ROMAIN, | 08-CV-6981 |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| G. KENNEDY THOMPSON, RUTH G. SHAW, PETER C. BROWNING, ROBERT A. INGRAM, MACKEY J. MCDONALD, TIMOTHY D. PROCTOR, JOHN D. BAKER II, JOHN T. CASTEEN III, JEROME A. GITT, WILLIAM H. GOODWIN JR., MARYELLEN C. HERRINGER, DONALD M. JAMES, JOSEPH NEUBAUER, ERNEST S. RADY, VAN L. RICHEY, LANTY L. SMITH and DONA DAVIS YOUNG, | |
| Defendants, | |
| - and - | |
| WACHOVIA CORPORATION, a North Carolina Corporation, | |
| Nominal Defendant. | |
------------------------------------------------------------------------x

      I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on August 12, 2008 I caused to be served upon the following, by first class United States mail, postage prepaid, a true copy of the Notice of Appearance of Douglas H. Flaum:

Howard G. Smith
Law Offices of Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020

Attorney for Plaintiff
*Estate of Joseph Romain*

Dated:   New York, New York
         August 12, 2008

                                             _____
                                                     Daniel S. Kotler