UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ESTATE OF JOSEPH ROMAIN,   :   08-CV-6981
    :
                Plaintiff,   :
    :
v.   :   **CERTIFICATE OF SERVICE**
    :
G. KENNEDY THOMPSON, RUTH G. SHAW, PETER   :
C. BROWNING, ROBERT A. INGRAM, MACKEY J.   :
MCDONALD, TIMOTHY D. PROCTOR, JOHN D.   :
BAKER II, JOHN T. CASTEEN III, JEROME A. GITT,   :
WILLIAM H. GOODWIN JR., MARYELLEN C.   :
HERRINGER, DONALD M. JAMES, JOSEPH   :
NEUBAUER, ERNEST S. RADY, VAN L. RICHEY,   :
LANTY L. SMITH and DONA DAVIS YOUNG,   :
    :
                Defendants,   :
    :
- and -   :
    :
WACHOVIA CORPORATION, a North Carolina   :
Corporation,   :
    :
                Nominal Defendant.   :
-----------------------------------------------------------------x

        I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on August 12, 2008 I caused to be served upon the following, by first class United States mail, postage prepaid, a true copy of the Notice of Appearance of Israel David:

Howard G. Smith
Law Offices of Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020

Attorney for Plaintiff
*Estate of Joseph Romain*

Dated:   New York, New York
         August 12, 2008

                                                /s/ Daniel S. Kotler
                                                Daniel S. Kotler

7089089