UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTATE OF JOSEPH ROMAIN, | ) |
| Plaintiff, | ) **CIVIL ACTION NO.: 08-cv-6981** |
| v. | ) |
| G. KENNEDY THOMPSON, RUTH G. SHAW, PETER C. BROWNING, ROBERT A. INGRAM, MACKEY J. MCDONALD, TIMOTHY D. PROCTOR, JOHN D. BAKER II, JOHN T. CASTEEN III, JEROME A. GITT, WILLIAM H. GOODWIN JR., MARYELLEN C. HERRINGER, DONALD M. JAMES, JOSEPH NEUBAUER, ERNEST S. RADY, VAN L. RICHEY, LANTY L. SMITH and DONA DAVIS YOUNG, | ) **NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF** |
| Defendants, | ) |
| -and- | ) |
| WACHOVIA CORPORATION, a North Carolina Corporation, | ) |
| Nominal Defendant. | ) |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41, the Estate of Joseph Romain, Plaintiff in this action, hereby voluntarily dismisses the above-captioned action without prejudice and without costs. Defendants consent to this dismissal.

Dated: September 29, 2008          **MURRAY, FRANK & SAILER LLP**

By:     /s/
Brian P. Murray (BM 9954)
Gregory Linkh (GL 0477)
275 Madison Avenue, Suite 801
New York, NY 10016
Phone: (212) 682-1818
Fax: (212) 682-1892

1

2

        **LAW OFFICES OF HOWARD G. SMITH**
        Howard G. Smith
        3070 Bristol Pike, Suite 112
        Bensalem, PA 19020
        Phone: (215) 638-4847
        Fax: (215) 638-4867

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing document was filed with the Clerk of Court by using CM/ECF, which will electronically transmit and notify all counsel of record on this the 29th day of September 2008.  I also certify that the foregoing document is being served this day on all counsel of record identified via transmission of Notices of Electronic Filing generated by CM/ECF, and by electronic mail to counsel identified below.

Dated: September 29, 2008          By:          /s/
                                                                       Brian P. Murray (BM 9954)

| Douglas H. Flaum | Israel David |
|---|---|
| Fried, Frank, Harris, Shriver & Jacobson | Fried, Frank, Harris, Shriver & Jacobson |
| One New York Plaza | One New York Plaza |
| New York, NY 10011 | New York, NY 10011 |
| Phone: (212) 859-8259 | Phone: (212)-859-8000 |
| Fax: (212) 859-4000 | Fax: (212)-859-4000 |
| Email: FlaumDo@ffhsj.com | Email: israel.david@friedfrank.com |